UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. 23-159 |
| v. | JUDGE SHELLY D. DICK |
| EXXON MOBIL CORPORATION D/B/A EXXONMOBIL CHEMICAL CORPORATION, DEFENDANT. | MAGISTRATE JUDGE RICHARD L. BOURGEOIS |

**EXXON MOBIL CORPORATION'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE EXHIBIT A IN SUPPORT OF MEMORANDUM IN OPPOSITION TO EEOC'S MOTION TO ENFORCE COURT ORDER AND TO COMPEL UNDER SEAL**

Pursuant to Local Rule 7(f), Exxon Mobil Corporation ("ExxonMobil" or "Company") moves this Court for leave to file the attached reply memorandum in further support of its motion for leave to file Exhibit A in support of memorandum in opposition to EEOC's motion to enforce court order and to compel under seal (R. Doc. 114). ExxonMobil seeks leave to briefly address the arguments presented by the EEOC in its opposition (R. Doc. 126) and good cause exists.

ExxonMobil filed a motion for leave to file Exhibit A in support of its memorandum in opposition to the EEOC's motion to enforce court order and to compel under seal. R. Doc. 114. The EEOC filed an opposition to ExxonMobil's request to seal Exhibit A. R. Doc. 126.

The attached proposed reply memorandum is necessary to fully address the arguments and jurisprudence relied upon by the EEOC in opposition to ExxonMobil's request to file Exhibit A (deposition excerpts of Milferd McGhee) under seal and to assist the Court in resolving the motion. ExxonMobil's proposed reply is brief and specifically responds to these issues and addresses the jurisprudence misapplied by the EEOC to the circumstances in this case. The requested relief will

4938-4989-3562 v1

not delay proceedings or prejudice the EEOC; it ensures the Court has focused briefing on discrete

issues raised in the EEOC's opposition and supports resolution of the underlying motion.

WHEREFORE, for the foregoing reasons, ExxonMobil Corporation respectfully requests

that the Court grant leave for ExxonMobil to file the attached proposed Reply Memorandum in

further support of its motion for leave to seal Exhibit A (R. Doc. 114) and in response to the

EEOC's opposition (R. Doc. 126).

Respectfully submitted:


_/s/Chelsea G. Caswell_
Scott D. Huffstetler (#28615), T.A.
scott.huffstetler@keanmiller.com
Chelsea Gomez Caswell (#35147)
chelsea.caswell@keanmiller.com
Shearil S. Matthews (#40442)
shearil.matthews@keanmiller.com
**KEAN MILLER LLP**
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA  70802
Telephone:  (225) 387-0999
Facsimile:  (225) 388-9133

*Attorneys for Exxon Mobil Corporation*

4938-4989-3562 v1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the following, by operation of the Court's electronic filing system:

Elizabeth J. Owen
elizabeth.owen@eeoc.gov
Peter F. Theis
peter.theis@eeoc.gov
M. Lucia Blacksher Ranier
mary.blacksherranier@eeoc.gov
Jacqueline C. Barber
jacqueline.barber@eeoc.gov
U.S. Equal Employment Opportunity Commission
New Orleans Field Office
Hale Boggs Federal Building
500 Poydras Street, Suite 809
New Orleans, LA  70130

Baton Rouge, Louisiana this 2nd day of July, 2026.

          */s/Chelsea G. Caswell*
          Chelsea G. Caswell

4938-4989-3562 v1